IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **JUSTINE ANGEL JACKSON,** | |
| **Plaintiff,** | |
| v. | Case No. 25-CV-56-JFH-GLJ |
| **JEFF HAINES,** | |
| **Defendant.** | |

**ORDER**

Before the Court is the Report and Recommendation of United States Magistrate Judge Gerald L. Jackson. Dkt. No. 38. The Magistrate Judge recommends that the notice of default judgment [Dkt. No. 16] and motion to set default hearing to present evidence [Dkt. No. 17], filed by Plaintiff Justine Angel Jackson be denied.

Neither party objected to the Magistrate Judge's Report and Recommendation within the fourteen-day period prescribed by 28 U.S.C. § 636(b) and Federal Rule of Civil Procedure 72(b). Having reviewed the Report and Recommendation, the Court concurs with the Magistrate Judge's recommendation and accepts and adopts it as the order of this Court. On that basis, Plaintiff Justine Angel Jackson's notice of default judgment [Dkt. No. 16] and motion to set default hearing to present evidence [Dkt. No. 17] are DENIED.

IT IS SO ORDERED this 4th day of August 2025.

_____
JOHN F. HEIL, III
UNITED STATES DISTRICT JUDGE