## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF OKLAHOMA

**JUSTINE ANGEL JACKSON,**

      **Plaintiff,**

**v.**

                                 **Case No. 25-CV-056-JFH-GLJ**

**JEFF HAINES,**

      **Defendant.**

## ORDER

Before the Court is the Report and Recommendation [Dkt. No. 57] of United States Magistrate Gerald L. Jackson recommending that Defendant Haines' Motion to Dismiss [Dkt. No. 12] and Renewed Motion to Dismiss [Dkt. No. 40] be granted; Defendant Haines' Motion for Sanctions [Dkt. No. 41] be denied; Plaintiff's Motion to Submit Evidence with Attached Exhibits [Dkt. No. 44] be denied; Plaintiff's Motion to Strike Defendant's Harassing Filings and Notice of Abuse of Process [Dkt. No. 46] be denied; Plaintiff's Motion to Amend Defendant and Clarify Capacity [Dkt. No. 52] be denied; and Plaintiff's Motion for Defendants to Produce Alleged Injured party (Corpus Delicti/Federal Civil Case) [Dkt. No. 55] be denied.

Neither party objected to the Magistrate Judge's Report and Recommendation within the 14-day period prescribed by 28 U.S.C. § 636(b). Having reviewed the Report and Recommendation, the Court concurs with the Magistrate Judge's recommendation, and accepts and adopts it as the order of the Court. On that basis, Plaintiff's claims against Defendant Haines are DISMISSED, and the other motions listed above are DENIED.

IT IS SO ORDERED this 9th day of January 2026.

_____
JOHN F. HEIL, III
UNITED STATES DISTRICT JUDGE